## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SPENCER YOUNG and EDNA YOUNG,  )
)
    Plaintiffs,  )
)
v.  )    Case No.
)
DIVERSIFIED CONSULTANTS, INC.,  )
)
    Defendant.  )

### PLAINTIFF'S COMPLAINT

Plaintiffs, SPENCER YOUNG and EDNA YOUNG ("Plaintiffs"), through their attorneys, The Law Offices of Robert Peters, P.A., alleges the following against Defendant, DIVERSIFIED CONSULTANTS, INC., (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA").

2. Count II of Plaintiff's Complaint is based on the Florida Consumer Collection Practices Act, Fla. Stat. §559.72 ("FCCPA").

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28 U.S.C. 1367 grants this court supplemental jurisdiction over the state claims contained within.

4. Venue and personal jurisdiction in this District are proper because Defendant does or transacts business within this District, and a material portion of the events at issue occurred in this District.

## PARTIES

5. Plaintiffs are natural persons residing in Tarpon Springs, Pinellas County, Florida.

6. Plaintiffs are consumers as that term is defined by 15 U.S.C. 1692a(3).

7. Plaintiff, SPENCER YOUNG, allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6).

9. Defendant attempted to collect a consumer debt from Plaintiffs.

10. Defendant is a collection agency located in Jacksonville, Florida.

11. Defendant is a business entity engaged in the collection of debt within the State of Florida.

12. The principal purpose of Defendant's business is the collection of debts allegedly owed to third parties.

13. Defendant regularly collects, or attempts to collect, debts allegedly owed to third parties.

14. During the course of its attempts to collect debts allegedly owed to third parties, Defendant sends to alleged debtors bills, statements, and/or other correspondence, via the mail and/or electronic mail, and initiates contact with alleged debtors via various means of telecommunication, such as by telephone and facsimile.

15. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

16. Defendant is attempting to collect a consumer debt from Plaintiff, SPENCER YOUNG,

2

originating from a debt with AT&T.

17. Plaintiff's alleged debt owed arises from transactions for personal, family, and household purposes.

18. Starting approximately one year and a half ago, Defendant, began placing collection calls to Plaintiff, SPENCER YOUNG on Plaintiff's cellular telephone number at 919-357-28xx.

19. Starting approximately a year and a half ago, Defendant began placing collection calls to Plaintiff, EDNA YOUNG, on her home telephone numbers at 727-934-22xx and 516-385-60xx.

20. Defendant calls Plaintiffs from various numbers including, but not limited to 919-794-4415, 813-644-8800, 813-644-8809, 813-644-8770, 813-644-8769, and 727-483-5285.

21. The telephone numbers of 919-794-4415, 813-644-8800, 813-644-8809, 813-644-8770, 813-644-8769, and 727-483-5285 are Defendant's telephone numbers.

22. On numerous occasions, Plaintiffs told Defendant to stop calling.

23. Despite the foregoing, Defendant continued to place collection calls to Plaintiffs.

24. Defendant called Plaintiffs so frequently that Plaintiffs had to block Defendant's phone number.

25. On multiple occasions, Plaintiff, EDNA SPENCER, has told Defendant that she does not live with Plaintiff, and to stop calling.

26. Plaintiff, SPENCER YOUNG, has also instructed Defendant to stop calling his mother, EDNA SPENCER.

27. Despite this, Defendant continued to call Plaintiff, EDNA YOUNG, in an attempt to collect a debt.

3

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

28. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692c(b)* of the FDCPA when Defendant contacted Plaintiff, SPENCER YOUNG's mother, a third party, without Plaintiff's permission, in an attempt to collect a debt from Plaintiff;

   b. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequences of which is to harass, oppress, and abuse Plaintiffs in connection with the collection of an alleged debt when Defendant continued to place collection calls to Plaintiffs after repeatedly being told to stop calling; and

   c. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiffs when Defendant continued to place collection calls to Plaintiffs after repeatedly being told to stop calling.

WHEREFORE, Plaintiffs, SPENCER YOUNG and EDNA YOUNG, respectfully request judgment be entered against Defendant, DIVERSIFIED CONSULTANTS, INC., for the following:

29. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

30. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k; and

31. Any other relief that this Honorable Court deems appropriate.

## COUNT II
### DEFENDANT VIOLATED THE
### FLORIDA CONSUMER COLLECTION PRACTICES ACT

32. Defendant violated the FCCPA based on the following:

33. Plaintiffs repeat and re-allege paragraphs 1-27 of Plaintiffs' Complaint as the allegations in Count II of Plaintiffs' Complaint.

    a. Defendant violated the *§559.72(7)* of the FCCPA by willfully communicating with Plaintiffs or any member of Plaintiffs' family with such frequency as can reasonably be expected to harass the Plaintiffs and their family when Defendant continued to place collection calls to Plaintiffs after repeatedly being told to stop calling.

WHEREFORE, Plaintiffs, SPENCER YOUNG and EDNA YOUNG, respectfully request judgment be entered against Defendant, DIVERSIFIED CONSULTANTS, INC., for the following:

34. Statutory damages of $1,000.00 pursuant to the Florida Consumer Collection Practices Act, Fla. Stat. §559.77;

35. Costs and reasonable attorneys' fees pursuant to the Florida Consumer Collection Practices Act, Fla. Stat. §559.77; and

36. Any other relief that this Honorable Court deems appropriate.

5

DATED: July 3, 2014                    RESPECTFULLY SUBMITTED,


By: /s/ _____
          Robert Peters (Bar. No. 996157)
          The Law Offices of Robert Peters, P.A.
          1054 Kings Avenue
          Jacksonville, FL 32207
          Tel: 904-421-6907
          Fax: 904-328-3778
          service.peterslaw@gmail.com
          Attorney for Plaintiffs

6